IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY BIRD, | ) | 8:08CV112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NO FRILLS SUPERMARKET | ) | |
| INC. OF OMAHA, and NO FRILLS | ) | |
| SUPERMARKET, INC., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Motion of the Plaintiff and Stipulation of the parties (Filing No. 57) seeking the entry of an Order extending the time from the current due date of November 23, 2009 for Plaintiff to file a response to Defendants' Motion for Summary Judgment to and including November 30, 2009.

IT IS THEREFORE ORDERED that the Plaintiff is hereby granted an extension of time from the current due date of November 23, 2009 for Plaintiff to file a response to Defendants' Motion for Summary Judgment to and including November 30, 2009.

DATED this 17th day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge