IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY BIRD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NO FRILLS SUPERMARKET, INC., OF OMAHA and NO FRILLS SUPERMARKET, INC.,<br><br>　　　　Defendants. | 8:08CV112<br><br>ORDER |

At the direction of Chief Judge Joseph F. Bataillon,

**IT IS ORDERED:** The jury trial of this matter is rescheduled to **February 16, 2010 at 8:30 A.M.,** before Judge Bataillon.

Dated this 16th day of December 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge