IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY BIRD, | ) | 8:08CV112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NO FRILLS SUPERMARKET, | ) | |
| INC. OF OMAHA, and NO FRILLS | ) | |
| SUPERMARKET, INC. | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Joint Stipulation for Dismissal With Prejudice filed by the parties in the above-entitled matter, with each party to bear his/its own fees and costs(Filing #70). The Court being fully advised in the premises, finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that this matter shall be and is hereby dismissed with prejudice, and each party shall bear his/its own fees and costs.

DATED this 3rd day of February, 2010.

BY THE COURT:

/s Joseph F. Bataillon
Judge, U. S. District Court